Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| Patricia SHELBURNE, Mildred, Ronald Sr., Ronald Jr. and Cathy Shelburne | ) Case No. _____<br>) *(to be filled in by the Clerk's Office)*<br>) |
| *Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) Jury Trial: *(check one)* ☑ Yes ☐ No<br>) |
| -v- | ) |
| ATRIUS HEALTH<br>HARVARD VANGUARD MEDICAL ASSOCIATES<br>HARVARD PILGRIM HEALTH CARE<br>Tufts Health Plan | ) |
| *Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Patricia Shelburne 23604 Dry Canyon Cold Creek Rd CA 91302 |
   | Street Address | Mildred & Ronald Shelburne 42 Hazelwood Ct Boston, MA 02119 |
   | City and County | Ronald Shelburne Jr. 106 Mill Street Westwood, MA |
   | State and Zip Code | Cathy Shelburne 23604 Dry Canyon Cold Creek Rd CA 91302 |
   | Telephone Number | (617) 797-1071 |
   | E-mail Address | Patrice.Shelburne@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

**Defendant No. 1**

| | |
|---|---|
| Name | ATRIUS HEALTH |
| Job or Title *(if known)* | |
| Street Address | 275 Grove Street |
| City and County | Newton [ Suffolk County] |
| State and Zip Code | MA 02466 |
| Telephone Number | (617) 559-8440 |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | Harvard Vanguard Medical Associates |
| Job or Title *(if known)* | [Health Care Providers / Managed Care] |
| Street Address | 133 Brookline Avenue |
| City and County | Boston [Suffolk County] |
| State and Zip Code | MA 02215 |
| Telephone Number | (617) 421-1000 |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | Harvard Pilgrim Health Care |
| Job or Title *(if known)* | [Health Care Providers / Managed Care / HMO] |
| Street Address | 401 Park Drive Suite 401 East |
| City and County | Boston (Suffolk County) |
| State and Zip Code | MA 02215 |
| Telephone Number | (617) 509-1000 |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | Tufts Health Plan |
| Job or Title *(if known)* | |
| Street Address | 705 Mount Auburn Street |
| City and County | Watertown [Suffolk County] |
| State and Zip Code | MA 02472 |
| Telephone Number | (800) 890-6600 |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Patricia Shelburne, is a citizen of the State of *(name)* California.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* Atrius Health;Harvard Vanguard&Pilgrim, is incorporated under the laws of the State of *(name)* Massachusetts, and has its principal place of business in the State of *(name)* Massachusetts.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pain & suffering week of undiagnosed/untreated infection; bloodstream sepsis invading kineys requiring 30+days hospitalization; traumatic stress to Patricia, Ron Jr. & Cathy Shelburne; loss of consortium for Ronald Shelburne Sr.; the inability of Mildred Shelburne to travel to California for college graduation of 1st grandchild, Antonia; ongoing diminished health of Mildred.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Mildred Shelburne went to Urgent Care at Harvard Vanguard's Kenmore (HVK) 3 separate times during final week of 2013 in increasing distress but was told she had the Flu despite her having received Flu shot at HVK no tests were performed to isolate the strain of Flu despite her high risk status and no simple urinalysis was performed despite Urinary Tract Infections being #1 cause of infection in women of advanced age. Patricia and Ronald Shelburne Sr. both lived with Mildred and found her collapsed on 12/28/2013. Mildred was admitted to Beth israel Hospital, Flu was ruled out by culture and the UTI was diagnosed but had by that time infected her bloodstream (Sepsis) and settled in her kidneys. She finally returned home February 2, 2014.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Damages in the amount of $3,000,000.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/30/2016

Signature of Plaintiff    //s//

Printed Name of Plaintiff    Patricia Shelburne

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address